# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                     *
MELVIN ARMWOOD,                      *
                                     *
            Plaintiff,               *
                                     *   Nos. 17-1839C; 17-18393C
        v.                           *   Filed: July 8, 2020
                                     *
UNITED STATES,                       *
                                     *
            Defendant.               *
                                     *
* * * * * * * * * * * * * * * * * *  *
```

## O R D E R

    The court is in receipt of plaintiffs' notice of voluntary dismissal of the above-captioned plaintiff's claims in the case <u>Melvin Armwood, et al. v. United States</u>, Case No. 17-1839C. The claims associated with the above-captioned plaintiff are, hereby, **SEVERED** from the case of <u>Melvin Armwood, et al. v. United States</u>, Case No. 17-1839C, and shall be reorganized, for case management purposes, into the above-captioned case, <u>Melvin Armwood v. United States</u>, and assigned Case No. 17-18393C. The court **DISMISSES WITH PREJUDICE** the claims of Melvin Armwood. The Clerk's Office shall enter **JUDGMENT** consistent with this Order. Neither the dismissal of the claims of the plaintiff herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs in the case of <u>Melvin Armwood, et al. v. United States</u>, Case No. 17-1839C. Given that, prior to the dismissal, Melvin Armwood was the lead plaintiff for Case No. 17-1839C, the court further directed that the new caption for Case No. 17-1839C shall be <u>Kiana Craddock Boone, et al. v. United States</u>.

    **IT IS SO ORDERED**.

<u>s/Marian Blank Horn</u><br>
**MARIAN BLANK HORN**<br>
**Judge**